PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Ismael Manzanares      **Docket Number:** 05-00424-002
**PACTS Number:** 40815

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden

**Date of Original Sentence:** 12/19/2006

**Original Offense:** Distribute and Possess with Intent to Distribute 100 Grams of Heroin

**Original Sentence:** 48 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 02-01-08

**Assistant U.S. Attorney:** Milagros Camacho, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John D. Lynch, 1814 Kennedy Boulevard, Union City, New Jersey 07087, (201) 867-2008

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On April 22, 2009, the offender was arrested by U.S. Border Patrol Agents in Del Rio, Texas, for illegally entering the United States after he was previously deported on February 23, 2008, through Hidalgo, Texas. He remains in custody in the Western District of Texas (Magistrate Number M-09-04290-M). |

PROB 12C - Page 2
Ismael Manzanares

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 6/23/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/30/09
_____
Date